IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN GAY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 4:05 cv 82 |
| | § | (Judge Schneider/Judge Bush) |
| GAP, INC., | § | |
|     Defendant. | § | |

## AGREED STIPULATION AND ORDER OF DISMISSAL

All matters in dispute between Plaintiff and Defendant have been resolved. They therefore hereby stipulate that the above-styled suit should be and is DISMISSED with prejudice to the rights of Plaintiff for re-filing the same or any part thereof, with costs taxed to the party incurring the same.

It is therefore, **ORDERED** that this suit is **DISMISSED** with prejudice. Costs shall be taxed to the party incurring the same.

_____
JUDGE PRESIDING

AGREED AS TO FORM, SUBSTANCE, AND ENTRY REQUESTED:

OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.

_____

Bryant S. McFall
Texas Bar No. 00784556
Ron Chapman, Jr.
Texas Bar No. 00793489
Jana S. Baker
Texas Bar No. 00794610
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
Telephone:  (214) 987-3800
Facsimile:   (214) 987-3927

ATTORNEYS FOR DEFENDANT


LAW FIRM OF MATTHEW D. HILL, P.C.

_____

Matthew D. Hill
Texas Bar No. 24032296
8080 North Central Expressway, Suite 400
Dallas, Texas 75206
Telephone: (214) 237-5353
Facsimile:  (214) 853-5772

ATTORNEYS FOR PLAINTFF